(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
ROBERT WESLEY FRANZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:06 CR 00425 LJO** |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE** <br> and <br> **O R D E R** |
| ROBERT WESLEY FRANZ, | |
| Defendant. | **Date: April 27, 2007** <br> **Time: 9:00 a.m.** <br> **Dept: Courtroom Four** <br> **Honorable LAWRENCE J. O'NEILL** |

TO:  THE HONORABLE LAWRENCE J. O'NEILL, UNITED STATES DISTRICT COURT JUDGE; AND TO SHEILA OBERTO, ASSISTANT UNITED STATES ATTORNEY:

ROBERT WESLEY FRANZ, by and through his attorney, ROGER T. NUTTALL, of the Law Offices of NUTTALL & COLEMAN, respectfully requests that this Court continue the matter of his Status Conference, currently scheduled for April 27, 2007, to June 1, 2007, at 9:00 a.m.

This continuance is respectfully requested to allow counsel for Mr. Franz the opportunity to fully discuss the plea offer provided by Assistant United States Attorney Sheila Oberto with his client. To date counsel has not had an opportunity to fully discuss the plea offer with Mr. Franz given that counsel has been involved in a trial entitled People v. Elaine Bernard, Case No.

F05904742-4, (the "Genesis Matter") in the Fresno County Superior Court which commenced in January, 2007.  Over the course of the past week counsel has been busy preparing for the close of the Genesis Matter thereby further inhibiting counsel's ability to fully discuss a resolution of this case with Mr. Franz or Ms. Oberto.

In addition, on April 25, 2007, counsel had the opportunity to review images which were allegedly located on a computer seized from Mr. Franz' residence.  Counsel needs the opportunity to discuss the images with Mr. Franz and determine the impact, if any, the images will have on plea negotiations.

The parties agree that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(8)(B)(i).

Therefore, this continuance is necessary to give the parties an opportunity to engage in further discussions and negotiations, including, but not limited to, discussions relating to a potential resolution of the case.

Counsel for Mr. Franz has contacted Ms. Oberto who has agreed to this short continuance.

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by a reasonable continuance of the Status Conference for the above-stated purposes.

DATED: April 26, 2007.

NUTTALL & COLEMAN

By: /s/ Roger T. Nuttall
_____
ROGER T. NUTTALL

UNITED STATES ATTORNEY'S OFFICE

By: /s/ Sheila Oberto
_____
SHEILA OBERTO
Assistant U. S. Attorney

1  THE COURT HAS RECEIVED AND REVIEWED THE STIPULATION OF COUNSEL,
2  AND FINDS THAT FOR THE REASONS STATED, BOTH A CONTINUANCE AND
3  EXCLUSION OF TIME HAVE BEEN JUSTIFIED, ESPECIALLY, BUT NOT
4  LIMITED TO THE ABILITY OF COUNSEL TO DISCUSS THE DISPOSITION OF
5  THE CASE WITH MR. FRANZ.

8  IT IS SO ORDERED.

9  **Dated:   April 26, 2007**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE