**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant
       ROBERT WESLEY FRANZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>ROBERT WESLEY FRANZ,<br><br>          Defendant. | Case No.: **1:06 CR 00425 LJO**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>And<br><br>**O R D E R**<br><br>DATE: August 24, 2007<br>Time: 8:30 a.m.<br>Dept: Courtroom Two<br>Honorable LAWRENCE J. O'NEILL |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, that the status conference, set for August 24, 2007, be continued to September 14, 2007, in the Courtroom of the Honorable Lawrence J. O'Neill, to allow the parties a further opportunity to complete settlement discussions. This stipulation is entered into between defendant's counsel, Roger T. Nuttall, and Assistant United States Attorney, Sheila Oberto, based upon the following.

///

1    On or about June 28, 2007, the parties appeared before Judge
2 O'Neill and it was agreed that the defendant would undergo a mental
3 evaluation at the offices of Dr. Stephen Raffle.  On or about July
4 20, 2007, the defendant's mental evaluation took place.  Shortly
5 thereafter, the parties were provided with a copy of Dr. Raffle's
6 evaluation.
7    On or about August 16, 2007, counsel for the defense, Roger T.
8 Nuttall, and Assistant United States Attorney, Sheila Oberto, met
9 to discuss the nature of the case, the psychiatric evaluation, and
10 also engaged in settlement discussions.
11    Counsel for the defense, Roger T. Nuttall, is currently in
12 trial in the matter of People v. Quigley (Case No. F03907697-7) in
13 the Fresno County Superior Court.  Counsel anticipates that the
14 pending trial will be complete by August 31, 2007.  Given Nuttall's
15 trial commitment counsel will not be available to meet with the
16 defendant until on or about September 4, 2007, to discuss whether
17 the case can be resolved.
18    Therefore, the parties are requesting that the status
19 conference be continued to September 14, 2007, at 9:00 a.m.
20    The parties agree that the delay resulting from this
21 continuance shall be excluded in the interests of justice pursuant
22 to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and
23 3161(h)(8)(B)(I).
24 ///
25 ///
26 ///
27 ///
28 ///

2

Counsel for both parties have discussed this matter and neither party objects to the September 14, 2007, setting. It is further understood and agreed by the parties that if the matter is not resolved by the September 14, 2007, that the parties will be prepared to set the matter for trial.

DATED: August 20, 2007.

                    NUTTALL & COLEMAN

                    By: /s/Roger T. Nuttall
                        ROGER T. NUTTALL
                        Attorneys for Defendant
                        ROBERT WESLEY FRANZ

DATED: August 20, 2007.

                    OFFICE OF THE UNITED STATES
                    ATTORNEY

                    By: /s/Sheila Oberto
                        SHEILA OBERTO
                        Assistant United States Attorney

\* \* \* \* \* \* \* \*

**O R D E R**

**GOOD CAUSE APPEARING TO THE COURT, IT IS HEREBY ORDERED** that the status conference hearing currently set for August 24, 2007, be continued to September 14, 2007, and will now either be a

3

1 change of plea or a trial setting conference.  Time is excluded
2 for the reasons stated in the stipulation, all of which are
3 incorporated by reference.

7 IT IS SO ORDERED.

8 **Dated:   August 21, 2007**              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE