(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
ROBERT WESLEY FRANZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBERT WESLEY FRANZ,<br><br>    Defendant. | Case No.: **1:06 CR 00425 LJO**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>And<br><br>**O R D E R**<br><br>DATE: November 9, 2007<br>Time: 8:30 a.m.<br>Dept: Courtroom Two<br>Honorable LAWRENCE J. O'NEILL |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, that the status conference, set for November 9, 2007, be continued to December 14, 2007, in the Courtroom of the Honorable Lawrence J. O'Neill.  This stipulation is entered into between defendant's counsel, Roger T. Nuttall, and Assistant United States Attorney, Sheila Oberto, based upon the following.

On or about September 27, 2007, the parties appeared before this court and it was agreed that a continuance would be granted to further allow defense counsel an opportunity to evaluate the defendant's mental competency.  Shortly thereafter, on or about October 2, 2007, the defense conducted a further mental examination of the defendant.

1    Since the further mental examination defense counsel has met with the defendant to
2    determine the possibility of a resolution of this case, as well as to further evaluate the defendant's
3    mental competency. The most recent meeting occurred on October 26, 2007.

4    On or about November 2, 2007, associate counsel for the defense, Gregory W. Fox, and
5    Assistant United States Attorney, Sheila Oberto, discussed the status of the case. Defense counsel
6    discussed the concerns this specific matter is raising for counsel for Mr. Franz, Roger T. Nuttall.
7    The parties discussed the concerns defense counsel is having with filing a motion pursuant to Title
8    18 of the United States Code section 4241 (a). Counsel for the defense, Roger T. Nuttall, is
9    concerned with this rather drastic procedure and not yet convinced such a motion is warranted.

10   The parties discussed continuing the status conference to December 14, 2007, at 9:00 a.m.
11   to allow counsel for the defense, Roger T. Nuttall, to determine if a resolution is possible or if a
12   motion pursuant to Title 18 of the United States Code section 4241 (a) is the proper manner in which
13   to proceed.

14   Counsel for the defense, Roger T. Nuttall, is currently involved in a trial in the matter of the
15   People v. Schuster in the Van Nuys Superior Court. Counsel anticipates that the pending trial will
16   be completed by December 7, 2007. In addition, Ms. Oberto has a trial set to commence on or about
17   December 3, 2007.

18   Therefore, counsel for the defense, Roger T. Nuttall, is requesting that the status conference
19   be continued to December 14, 2007, at 9:00 a.m. to allow counsel for the defense additional time to
20   address the unique concerns raised in this matter.

21   The parties agree that the delay resulting from this continuance shall be excluded in the
22   interests of justice pursuant to Title 18 of the United States Code sections 3161 (h)(8)(A), 3161
23   (h)(1)(F) and 3161 (h)(8)(B)(i).

24   Counsel for both parties have discussed this matter and neither party objects to the December
25   14, 2007, setting. It is further understood and agreed by the parties that if the matter is not resolved
26   by December 14, 2007, that the parties will be prepared to set the matter for trial or counsel for the
27   ///
28   ///

defense will have filed a motion pursuant to Title 18 of the United States Code section 4241 (a).

DATED: November 5, 2007.

NUTTALL & COLEMAN

By: /s/Roger T. Nuttall  
    ROGER T. NUTTALL  
    Attorneys for Defendant  
    ROBERT WESLEY FRANZ

DATED: November 5, 2007.

OFFICE OF THE UNITED STATES ATTORNEY

By: /s/Sheila Oberto  
    SHEILA OBERTO  
    Asssistant United States Attorney

\* \* \* \* \* \* \* \*

**O R D E R**

**GOOD CAUSE APPEARING TO THE COURT, IT IS HEREBY ORDERED** that the status conference hearing currently set for November 9, 2007, be continued to December 14, 2007. The delay resulting from this continuance shall be excluded in the interests of justice pursuant to Title 18 of the United States Code sections 3161 (h)(8)(A), 3161 (h)(1)(F) and 3161 (h)(8)(B)(I). This Court is relying on the representations of counsel of what will be accomplished on December 14, 2007 in granting this motion to continue and exclude time.

IT IS SO ORDERED.

**Dated:   November 6, 2007**         /s/ Lawrence J. O'Neill  
                                                UNITED STATES DISTRICT JUDGE