**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
ROBERT WESLEY FRANZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROBERT WESLEY FRANZ,<br><br>            Defendant. | Case No.: **1:06 CR 00425 LJO**<br><br>**ORDER ON MOTION TO CONTINUE STATUS CONFERENCE AND TRIAL SETTING CONFERENCE**<br><br>DATE: February 22, 2008<br>Time: 8:30 a.m.<br>Dept: Courtroom Two<br>Honorable LAWRENCE J. O'NEILL |

MINIMAL Good cause appearing,

**IT IS ORDERED** that the Status Conference and the Trial Setting date is continued to: **MARCH 21, 2008, AT 9:00 A.M.**

**IT IS FURTHER ORDERED** that time shall be excluded through the hearing date on March 21, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(F), 18 U.S.C. §3161(h)(8)(A), and 18 U.S.C. §3161(h)(8)(B)(I). **NO FURTHER CONTINUANCES...NONE.**

IT IS SO ORDERED.

**Dated:   February 20, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE