HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561



FILED

NOV 15 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT WESLEY FRANZ,

Defendant.

Case No. 1:06-cr-00425 LJO

**APPLICATION AND [PROPOSED]
ORDER APPOINTING COUNSEL**

Defendant, Robert Wesley Franz, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for the purpose of seeking early termination of his supervised release.

Mr. Franz previously had retained counsel, but submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. On March 27, 2008, Mr. Franz pled guilty to Count 2 of the Indictment, namely, 18 U.S.C. § 2252(a)(4)(B) ~ Possession of Material Involving the Sexual Exploitation of Minors (Doc. 32). On June 23, 2008, Mr. Franz was sentenced to one day custody, a $100 special assessment, and 180 months supervised release (Doc. 35). In or about July of 2013, Mr. Franz considered seeking early termination of his supervised release. Hence, on July 26, 2013, a Notice of Attorney Appearance was filed by Assistant Federal Defender Jerome Price for that purpose (Doc. 37). However, in or about August of 2014, Mr. Franz decided not to pursue early termination.

//

/

After reviewing Mr. Franz's Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him.

Dated: November 13, 2018

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: November 15, 2018

HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge